| | |
|---|---|
| **LAW OFFICES OF GRECH & PACKER** <br> Trenton C. Packer (SBN241057) <br> 7095 Indiana Ave., Ste 200 <br> Riverside, CA 92506 <br> (951) 682-9311 <br> Email: tpacker@grechpackerlaw.com <br><br> *Attorneys for Plaintiff* | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAIDEN GOEDHART <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BEAUMONT; and DOES 1-10, inclusive, <br><br> Defendants. | CASE No.: <br><br> **NOTICE OF INTERESTED PARTIES** <br><br> 1. 42 U.S.C. § 1983 (Unreasonable Detention and Arrest) <br> 2. 42 U.S.C. § 1983 (Unreasonable Search and Seizure – Excessive Force) <br> 3. 42 U.S.C. § 1983 (Municipal Liability – Unconstitutional Custom, Practice, or Policy) <br> 4. 42 U.S.C. § 1983 (Municipal Liability – Failure to Train) <br> 5. 42 U.S.C. § 1983 (Municipal Liability – Ratification) <br> 6. Battery <br> 7. Negligence <br> 8. Violation of Cal. Civil Code § 52.1 <br><br> **DEMAND FOR JURY TRIAL** |

1

NOTICE OF INTERESTED PARTIES

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Law Offices of Grech and Packer
Trenton C. Packer (SBN 241057)
7095 Indiana Ave., Suite 200
Riverside, CA 92506
Phone: (951) 682-9311
Fax: (951) 682-4289

ATTORNEY(S) FOR: BRAIDEN GOEDHART

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BRAIDEN GOEDHART | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | |
| CITY OF BEAUMONT; and DOES 1-10, inclusive | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Braiden Goedhart or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BRAIDEN GOEDHART | PLAINTIFF |
| CITY OF BEAUMONT | DEFENDANT |
| DOES 1 THROUGH 10 | DEFENDANT |

| 01/26/2024 | /s/ Trenton C. Packer |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Braiden Goedhart