**LAW OFFICES OF GRECH & PACKER**
Trenton C. Packer (SBN241057)
7095 Indiana Ave., Ste 200
Riverside, CA 92506
(951) 682-9311
Email: tpacker@grechpackerlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAIDEN GOEDHART<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BEAUMONT; and DOES 1-10, inclusive,<br><br>Defendants. | CASE No.: 5:24-CV-00173-JGB-DTB<br><br>**NOTICE OF RELATED CASE** |

# NOTICE OF RELATED CASE

TO ALL DEFENDANTS AND THE HONORABLE COURT:

Plaintiff Braiden Goedhart hereby files a notice of related case in the instant matter.[1] This instant case, Case No.: 5:24-CV-00173-JGB-DTB, arises from the same event as that alleged in Case No. 5:23-CV-02431-SB-JPR. Both cases involve an officer involved shooting that occurred on January 14, 2023, in the city of Beaumont, California. Both cases also involve the same Defendants.

Dated: February 1, 2024            **LAW OFFICES OF GRECH & PACKER**

                           By:   */s/     Trenton C. Packer*
                                 Trenton C. Packer, Esq.
                                 *Attorneys for Plaintiff*

---

[1] Plaintiff was remiss in not filing a notice of related case due to attorney error. Plaintiff filed the instant notice as soon as counsel realized the error.

2
NOTICE OF RELATED CASE