# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Braiden Goedhart<br><br>v.<br><br>City of Beaumont<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:24-cv-00173-JGB(DTBx)<br><br>**ORDER RE TRANSFER**<br>**(RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

February 2, 2024                                                   *[signed JBFS]*                 Stanley Blumenfeld, Jr
_____                                          _____
Date                                                                        United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                                          _____
Date                                                                        United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   **5:23-cv-02431-SB(JPRx)**   and the present case:

- [x] A.  Arise from the same or closely related transactions, happenings or events; or
- [x] B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge **David T. Bristow** to Magistrate Judge **Jean P. Rosenbluth**.

On all documents subsequently filed in this case, please substitute the initials **SB(JPRx)** after the case number in place of the initials of the prior judge, so that the case number will read **5:24-cv-00173-SB(JPRx)**. This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [x] *Previous Judge*    [ ] *Statistics Clerk*

CV-34 (06/23)                                                    ORDER RE TRANSFER (Related Cases)