Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
Kayleigh Andersen (State Bar No. 306442)
  *kaa@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor,
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, CITY OF BEAUMONT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAIDEN GOEDHART,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF BEAUMONT; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. 5:24-CV-00173-JGB-DTB<br><br>*[Honorable District Judge, Jesus G. Bernal, Magistrate Judge, David T. Bristow]*<br><br>**DEFENDANT'S NOTICE OF INTERESTED PARTIES**<br><br>*Action Filed:*     01/26/24 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

The undersigned, counsel of record for Defendant, CITY OF BEAUMONT, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///

///

///

///

///

///

| Name | Connection or Interest |
|---|---|
| Braiden Goedhart | Plaintiff |
| City of Beaumont | Public Entity Defendant |

DATED: February 8, 2024

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:  /s/ *Kayleigh A. Andersen*
Eugene P. Ramirez
Kayleigh Andersen
Attorneys for Defendant, CITY OF BEAUMONT