1  Eugene P. Ramirez (State Bar No. 134865)
      *epr@manningllp.com*
2  Kayleigh Andersen (State Bar No. 306442)
      *kaa@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor,
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999

Attorneys for Defendant, CITY OF BEAUMONT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAIDEN GOEDHART,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF BEAUMONT; and DOES 1-10, Inclusive,<br><br>  Defendants. | Case No. 5:24-cv-00173- SB-JPR<br><br>**NOTICE OF LODGING FORM RE VOLUNTARY CONSENT TO MAGISTRATE JUDGE**<br><br>*Action Filed:*     01/26/24 |

**TO THE HONORABLE COURT:**

In accordance with C.D. Cal. Local Rules 5-4.4, defendant CITY OF BEAUMONT ("Defendant") does hereby lodge the following:

1. Statement of Consent to Proceed Before a United States Magistrate Judge (Exhibit "A").

///

///

///

///

///

///

| | |
|---|---|
| DATED:  March 4, 2024 | **MANNING & KASS**<br>**ELLROD, RAMIREZ, TRESTER LLP**<br><br>By: _____*/s/ Kayleigh A. Andersen*_____<br>　　　Kayleigh A. Andersen<br>　　　Attorneys for Defendant, CITY OF BEAUMONT |