Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
Kayleigh Andersen (State Bar No. 306442)
  *kaa@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor,
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, CITY OF BEAUMONT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAIDEN GOEDHART,<br><br>             Plaintiff,<br><br>   v.<br><br>CITY OF BEAUMONT; and DOES 1-10, Inclusive,<br><br>             Defendants. | Case No. 5:24-cv-00173- SB-JPR<br><br>**JOINT STATUS REPORT PURSUANT TO COURT'S ORDER [DOC. 17]**<br><br>*Action Filed:      01/26/24* |

**TO THE HONORABLE COURT:**

Plaintiff BRAIDEN GOEDHART ("Plaintiff") and counsel for Defendant CITY OF BEAUMONT, through their respective counsel of record, hereby respond to the Court's Order for a Joint Status Report regarding the consent to proceed before a magistrate judge filed in the related case, *Pietronico v. City of Beaumont*, Case No. 5:23-cv-02431-KS.

The parties met and conferred and respond as follows:

(1) The parties consent to proceed before a magistrate judge, specifically Magistrate Judge Karen Stevenson. Counsel for Defendant reached out to Judge Stevenson's courtroom deputy and confirmed Judge Stevenson is willing and able to accept this case. On March 4, 2024, the parties lodged the Consent to Proceed

Before a Magistrate Judge form with this Court.

(2) The status of the third anticipated lawsuit arising from the incident at issue in the operative Complaint is unknown to the parties in this lawsuit except to the extent that Defendant's counsel is aware that the potential plaintiffs from that third lawsuit are currently seeking relief from the Tort Claims Act in state court in order to proceed with claims under state law. It is unknown how the superior court will rule and if or when those claimants will proceed with filing a complaint.

DATED: March 5, 2024     **MANNING & KASS**
                                            **ELLROD, RAMIREZ, TRESTER LLP**

By:     */s/ Kayleigh A. Andersen*
       Eugene P. Ramirez
       Kayleigh A. Andersen
       Attorneys for Defendant, CITY OF BEAUMONT

DATED: March 5, 2024     **LAW OFFICES OF GRECH & PACKER**

By:     */s/ Trenton Packer*
       Trenton Packer, Esq.
       Attorneys for Plaintiff, BRAIDEN GOEDHART